AO 450  (Rev. 7/99) Judgment in a Civil Case         **CLOSED**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

ERIC WILLIAMS,

        Plaintiff,

v.

MICHIGAN STATE TROOPERS WOODWARD & PHARE,

        Defendant.

                                         /

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 04-71579

Honorable Avern Cohn

■   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that a verdict is entered in favor of the Plaintiff against the Defendants. Damages are awarded as follows:

**Compensatory damages** joint and several as to Defendants Woodward and Phare in the amount of five hundred thousand dollars (**$500,000.00**).

**Punitive damages** in the amount of one Hundred twenty five thousand dollars (**$125,000.00**) as to Defendant Woodward.

**Punitive damages** in the amount of one Hundred twenty five thousand dollars (**$125,000.00**) as to Defendant Phare.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is awarded attorney fees in the amount of **$188,986.00**, expenses in the amount of **$11, 735.65** for a total of **$200,721.65** in attorney fees and expenses**.**

Pursuant to Rule (77d), FRCivP
Copies have been Mailed to:

the parties of record

Date: February 1, 2007                                                     David Weaver, Clerk of Court

                                                                                              s/Kendra Byrd
                                                                                               Deputy Clerk